# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DR. GREGORY HALL, | ) |
|         Plaintiff, | ) |
| v. | ) Case No. 19-CV-00417 |
| CITY OF EVANSTON and EVANSTON POLICE OFFICERS Rosenbaum, Star #161, Malnor, Star #121, Pogorzelski, Star #255, Dukler, Star #232, and Golubski, Star #240, | ) Hon. Edmond Chang |
|         Defendants. | ) |

## PARTIES' JOINT REPORT

NOW COME the Parties, by and through their respective counsel, and pursuant to this Court's Order, Dkt. 54, state the following:

1. On December 19, 2019, this Court ordered the parties to submit an updated deposition scheduling report.

2. Subsequent to the filing of the initial report, Defendants worked to secure deposition dates for various medical providers. Per agreement of counsel and confirmation by the deponents, the following depositions of various medical providers were scheduled to proceed:

| | |
|---|---|
| Dr. Lamberti | January 8th |
| Shannon Hayes | January 10th |
| Dr. Lobdell | January 15th |

3.      On or about December 30, 2019, Plaintiffs' counsel issued a settlement demand to Defendants' counsel regarding resolution of the entire case.  Thereafter, Plaintiff's counsel and Defendants' counsel have continued to engage in settlement discussions.

4.      The parties did not proceed with the medical depositions scheduled based upon their settlement discussions and the relative attorney's fees and costs related to said depositions in comparison to the settlement amounts being discussed.

5.      The parties request a one-week extension of time to either submit an updated deposition report or report that a settlement has been agreed upon.

Wherefore, the parties respectfully request this Honorable Court grant them an extension of time, up to and including January 20, 2020 to submit an updated report advising as to the status of depositions and/or settlement.

Dated: 13 January 2020

    Respectfully Submitted,

    **DR. GREGORY HALL**

    By:     /s/ Jeanette Samuels

    Samuels & Associates, Ltd.
    2925 S. Wabash Ave, Suite 104
    Chicago, Illinois 60616
    T: 872.588.8726
    F: 872.444.3011
    E: sam@chicivilrights.com

## CERTIFICATE OF SERVICE

      The undersigned counsel, on oath, states that a true and complete copy of the foregoing was served on all counsel of record via the Court's online electronic filing system on 13 January 2020.

                                                                    /s/ Jeanette Samuels